Eugene Y. Turin (IL Bar No. 6317282)
(*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Floor
Chicago, IL 60601
Tel:  (312) 893-7002
Fax: (312) 275-7895

Deval Zaveri (CA Bar No. 213501)
dev@zaveritabb.com
ZAVERI TABB, APC
402 West Broadway, Suite 1950
San Diego, CA 92101
Tel:  (619) 831-6987
Fax:  (619) 239-7800

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SAUNDERS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FIVESTARS LOYALTY, INC., a California Corporation<br><br>Defendant. | Case No. 3:17-cv-00702-CAB-AGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kelly Saunders hereby voluntarily dismisses this action without prejudice.

1. On April 6, 2017, Plaintiff filed her Class Action Complaint against Defendant FiveStars Loyalty, Inc. in the United States District Court for the Southern District of California.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint nor served a motion for summary judgment.

3. Accordingly, Plaintiff hereby voluntarily dismisses the action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated:  June 14, 2017                                    Respectfully submitted,

                                                  KELLY SAUNDERS

                                                  By: /s/ Eugene Y. Turin
                                                        One of Her Attorneys

1 | Eugene Y. Turin (IL Bar No. 6317282)
  | (*pro hac vice*)
2 | eturin@mcgpc.com
3 | MCGUIRE LAW, P.C.
  | 55 W. Wacker Dr., 9th Floor
4 | Chicago, IL 60601
5 | Tel: (312) 893-7002
  | Fax: (312) 275-7895
6 |
7 | Deval Zaveri (CA Bar No. 213501)
  | dev@zaveritabb.com
8 | ZAVERI TABB, APC
9 | 402 West Broadway, Suite 1950
  | San Diego, CA 92101
10 | Tel: (619) 831-6987
11 | Fax: (619) 239-7800